In the Matter of the Petition of MATTHEW COLLING to Vacate an Assessment for Grading, etc., SECOND AVENUE IN THE CITY OF ALBANY.

(Argued January 17, 1888; decided March 6, 1888.)

APPEAL from an order of the General Term of the Supreme Court in the third judicial department, dated May 3, 1887, which affirmed an order of the Special Term vacating the assessment.

*D. Cady Herrick* for appellant.

*Alden Chester* for respondent.

Agree to affirm on opinion of RUGER, Ch. J., in *Matter of Pennie (ante p. 364).*

All concur, except EARL, J., not voting, and PECKHAM, J., not sitting.

Order affirmed.